FILED
2018 JUL 24 PM 4:08
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | JUDGE GWIN |
| | ) | |
| v. | ) | CASE NO. 1:18 CR 414 |
| | ) | Title 21, Sections 841(a)(1), |
| KENNETH WARD, aka B, | ) | (b)(1)(C) and 853, United States |
| | ) | Code |
| Defendant. | ) | |
| | ) | |

COUNT 1
(Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about March 22, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .37 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about April 5, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally possess distribute approximately .28 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 6
(Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .27 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Distribution of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about April 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .42 grams of a mixture or substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8
(Possession with the Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about April 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally possess with the intent to distribute approximately 21.77 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about April 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .34 grams of a mixture of substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about April 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .36 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Distribution of Heroin and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about April 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally distribute approximately .18 grams of a mixture or substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9
(Possession with the Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

9. On or about April 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant KENNETH WARD, aka B, did knowingly and intentionally possess with the intent to distribute approximately 4 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

10. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 9 are incorporated herein by reference. As a result of the foregoing offenses, Defendant KENNETH WARD, aka B, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.